Edward J. Burns, as Administrator, etc., of William A. Burns, Deceased,

v. The City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Waltham Watch Company v. Federal Broadcasting Co., Impleaded with The Century Indemnity Company.— Motion for leave to appeal to the Court of Appeals or for a modification denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.